IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROBERT L. JONES                                                                                    PLAINTIFF

v.                                                                                            No. 4:05CV272-P-B

GREENVILLE POLICE CHIEF, ET AL., ET AL.                                      DEFENDANTS

### ORDER ADOPTING
### REPORT AND RECOMMENDATION

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated August 18, 2006, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 18, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the plaintiff's claims against the Greenville Police Chief are hereby **DISMISSED**.

3. That the plaintiff's claims against Sgt. Graziosi, Officer Andrew Bankhead, and Cpl. Doug Kersh shall **PROCEED**.

THIS, the 3rd day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE