IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ROBERT L. JONES**                                                                         **PLAINTIFF**

v.                                                              No. 4:05CV272-P-B

**GREENVILLE POLICE
DEPARTMENT CHIEF, ET AL.**                                              **DEFENDANTS**

## ORDER DECLINING TO ADOPT THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the court on Magistrate Judge's April 2, 2007, Report and Recommendation, and the *pro se* prisoner plaintiff's April 10, 2007, objection to the Report and Recommendation. The Magistrate Judge recommended dismissing defendants Sergeant Graziosi and Corporal Doug Kersh because the plaintiff had not provided valid addresses for those defendants that the United States Marshal Service could use to serve the defendants with process. The plaintiff provided the addresses with his objection to the Magistrate Judge's Report and Recommendation. As such, the court declines to adopt the Report and Recommendation, and, by separate order, the United States Marshal Service shall be directed to serve process upon these two defendants.

**SO ORDERED,** this the 14th day of May, 2007.

                                                                             /s/ W. Allen Pepper, Jr.
                                                                             W. ALLEN PEPPER, JR.
                                                                             UNITED STATES DISTRICT JUDGE