**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROBERT L. JONES,**                                             **PLAINTIFF,**

**VS.**                                             **CIVIL ACTION NO. 4:05CV272-P-S**

**GREENVILLE POLICE DEPARTMENT**
**CHIEF, ET AL.,**                                             **DEFENDANTS.**

## FINAL JUDGMENT

This matter comes before the court upon the U.S. Magistrate Judge's March 9, 2009 Report

and Recommendation [68] that the plaintiff's claims be dismissed with prejudice. After due

consideration of the Report, the court finds as follows, to-wit:

The Report and Recommendation was filed on March 9, 2009. The plaintiff had until March

23, 2009 to file any objections thereto. As of this date, no such objections have been filed.

The court concurs with the U.S. Magistrate Judge's Report and Recommendation. Therefore,

the court adopts and incorporates the findings of fact and conclusions of law in the Report herein.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**; and

(2) This case is closed and the parties are to bear their own costs.

**SO ORDERED** this the 24th day of March, A.D., 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE